# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| CC61 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBHR001P | Ochoa | 2335 |

FBHR001P

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 05/22/2022 00:00 | FED 21 USC 844 |

**Place of Offense**
MAPLE SPRINGS ROAD 1/4 MILE IN

**Offense Description: Factual Basis for Charge**    HAZMAT ☐
POSSESSION OF CONTROLLED SUBSTANCE ON NATIONAL FOREST SYSTEM LANDS (SPEED (SELF ADMITTED BY JONES))

### DEFENDANT INFORMATION    Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| JONES | ROBERT | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE    VIN:                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6HVR924 | CA | 2010 | CHEV/ | | SIL |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | Forfeiture Amount |
|---|---|
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Ronald Reagan Federal Building and Courthouse. 411 West Fourth Street, Santa Ana, | Time (hh:mm) 07:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FBHR001P

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/22/2022 while exercising my duties as a law enforcement officer in the Central District of CA

Pursuant to 16USC 551: Please see attachement.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/22/2022        G. Ochoa
             Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident



| USDA Forest Service | STATEMENT OF PROBABLE CAUSE<br>(FOR ISSUANCE OF AN ARREST WARRANT OR SUMMONS) | CASE NUMBER<br>**FBHR001P** |

| **FOREST: Cleveland National Forest**<br>**Trabuco Ranger District** | **ADDRESS: 1147 E. 6th Street, Corona, CA 92879**<br>**Phone: (951) 736-1811** |

I United States Forest Service Law Enforcement Officer G. Ochoa state that on May 22, 2022, at approximately 1140 hours while exercising my duties as a uniformed law enforcement officer in the Central District of California, within the Cleveland National Forest, observed a silver four-door Chevrolet hatchback (similar to a Chrysler PT Cruiser), California license plate number 6HVR924, parked off Maple Springs Road. The vehicle was parked in an unusual manner as it was tucked behind the vegetation and not right off the road as is usual for the recreation in the area. Typically forest visitors do not park their vehicles that far off Maple Springs Road in fear of being blocked in by another vehicle.

As I approached the vehicle, I saw that the rear driver side door was open. I announced myself as Forest Service Law Enforcement and asked if anyone was in the vehicle as I couldn't see through the front windshield due to a sunshade covering the window. I heard a female voice respond to my question from within the vehicle and as I came around the driver side of the vehicle, I could partially see a female, subsequently identified as TOMLIN, Rachel L. inside the rear portion of the vehicle through the gap the door and the rest of the vehicle provided. I noticed that the inside of the vehicle was really dark and asked if she was the only occupant of the vehicle to which TOMLIN replied no, her boyfriend, subsequently identified as JONES, Robert T. was inside. Since I couldn't see through the window or inside the vehicle even with the door open, I cautiously approached the vehicle. Once closer to the vehicle I noticed that the entire back seat was folded down and the rear of the vehicle was in a bed like manner with blankets and sheets. I also observed a faint odor of marijuana coming from within the vehicle. I asked if I could speak to both occupants outside of the vehicle to which they agreed and exited the vehicle. Once outside of the vehicle I notified both occupants that I was conducting a welfare check due to the vehicle being in an unusual location. I asked if there was any marijuana in the vehicle to which TOMLIN replied "No" then quickly correcting herself and stated, "a little bit in a bowl". I explained to both TOMLIN and JONES that the possession of marijuana on Federal Property was illegal and that they were currently on federal land. I explained to both I would be searching the vehicle since TOMLIN admitted to there being marijuana inside and that on federal land, the mere smell of marijuana is probable cause for a vehicle search. Prior to searching the vehicle, I asked if there were any other narcotics in the vehicle to which JONES replied there was. When asked what type, JONES said "Speed" (slang term for Methamphetamine) and notified me of its location.

Once I reapproached the vehicle, I noticed the windows were spray painted black and covered with cardboard. When I asked about the windows, TOMLIN replied she lived in her vehicle and liked it dark.

The vehicle search yielded a glass methamphetamine pipe w/residue inside, a glass marijuana pipe with burnt marijuana residue in it, an open container of alcohol, and a box containing methamphetamine, processed marijuana, hash and nine hypodermic needles inside. JONES took responsibility for the box and its contents.

TOMLIN and JONES were both cited for multiple violations and spoken to about living on Forest System Lands as I was notified by my dispatch center of their contact with another officer regarding residing issues.

JONES, Robert T. was issued a United States District Court Violation Notice for 21 U.S.C. 844, Simple possession of a controlled substance (Methamphetamine).

The foregoing statement is based upon:
 **X** My personal observation
 **X** My personal investigation
 ☐ Information supplied to me from my fellow officer's observation
 ☐ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the referenced violation notice is true and correct to the best of my knowledge.

Executed on: _____     Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     U.S. Magistrate Judge: _____